358 A.2d 63
Commonwealth v. Ditmore, Appellant.

Argued April 16, 1976. Simon B. John, Assistant Public Defender, for appellant; Conrad B. Capuzzi, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

358 A.2d 69
Commonwealth v. Green, Appellant.

Argued April 15, 1976. Nicholas S. Kladitis, Assistant Public Defender, with him Plimpton L. Graul, Jr., Assistant Public Defender, for appellant; David B. Douds, Assistant District Attorney, with him Charles S. Hersh, Assistant District Attorney, and Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.